# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| OLIVETTE W. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. 2:24-cv-02277-SHL-cgc |
| WAL-MART STORES EAST, L.P., | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff Olivette W. Smith's Complaint (ECF No. 1), filed April 30, 2024,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal, filed September 19, 2024 (ECF No. 20), the case is **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 20, 2024
Date